# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Aneya Geannaire El-Bey, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00584-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| New York Social Services Agencies<br>University of the State of New York Education Department<br>John Does<br>Housing Authority<br>Comporium<br>Social Security Administration<br>Behavioral Health Centers<br>City of New York Vital Records<br>State of South Carolina Department Vital Records<br>York Electric Cooperative<br>Treasury Retail Securities Submission,<br>Defendant(s). | )<br><br><br><br><br><br><br><br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 5, 2018 Order.

January 8, 2018

Frank G. Johns, Clerk
United States District Court